IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEY INGREDIENT CATERING LLC, et al.**, <br> *Plaintiffs* <br><br> v. <br><br> **WORLD CUP PACKAGING, et al.** <br> *Defendants* | Case No. 5:19-cv-01178-JDW |

# ORDER

**AND NOW**, this 19th day of July, 2019, upon consideration of Defendant World Cup's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, for Failure to State a Claim (ECF No. 10) and Defendants Seay, Tillery, and Olson's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, for Failure to State a Claim (ECF No. 11), it is **ORDERED** that Defendant World Cup's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, for Failure to State a Claim (ECF No. 10) and Defendants Seay, Tillery, and Olson's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, for Failure to State a Claim (ECF No. 11) are **GRANTED IN PART** and **DENIED IN PART**. For the reasons stated in the accompanying Memorandum, the Court concludes that it does not have personal jurisdiction over any of the Defendants in this Action.

It is **FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1631, this case is transferred to the U.S. District Court for the Northern District of Illinois.

It is **FURTHER ORDERED** that the pretrial conference scheduled for August 7, 2019, is **VACATED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.